UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Isis Gipson, | Civil No. 25-cv-3014 (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Boston Scientific Corporation and Boston Scientific, | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT:**

1. The application to proceed *in forma pauperis* of Plaintiff Isis Gipson (ECF No. 2) is **GRANTED**.

2. Gipson must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Gipson does not complete and return the Marshal Service Forms within 30 days of this Order's date, the Court will recommend dismissing this action without prejudice for failure to prosecute. Marshal Service Forms will be provided to Gipson by the Court.

3. After the return of the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from the defendants, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If a defendant fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver-of-service form. *See* Fed. R. Civ. P. 4(d)(2).

Dated: August 18, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

2